UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
APR 2 5 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                 INDICTMENT NO. 6:19-CR-22-CHB

ANTOINE THOMPSON,
STEPHEN D. BARNES,
MARHSALL A. MONROE, and
GREGORY T. ABBOTT

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1111
### 18 U.S.C. § 2

On or about May 5, 2014, at the United States Penitentiary McCreary, a place within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Kentucky,

**ANTOINE THOMPSON,**

aided and abetted by others, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Courtney D. Jones, all in violation of 18 U.S.C. §§ 2 and 1111(a).

### COUNT 2
### 18 U.S.C. § 1118
### 18 U.S.C. § 2

On or about May 5, 2014, at the United States Penitentiary McCreary, a Federal

correctional institution in McCreary County, in the Eastern District of Kentucky.

**ANTOINE THOMPSON,**

aided and abetted by others, murdered Courtney D. Jones while under a sentence for a term of life imprisonment, all in violation of 18 U.S.C. §§ 2 and 1118.

## COUNT 3
## 18 U.S.C. § 1111
## 18 U.S.C. § 2

On or about May 5, 2014, at the United States Penitentiary McCreary, a place within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Kentucky,

**STEPHEN D. BARNES and**
**MARSHALL A. MONROE,**

aided and abetted by each other and others, with malice aforethought, did unlawfully kill Courtney D. Jones, all in violation of 18 U.S.C. §§ 2 and 1111(a).

## COUNT 4
## 18 U.S.C. § 113(a)(3)

On or about May 5, 2014, in McCreary County, in the Eastern District of Kentucky, within the boundaries of United States Penitentiary McCreary, an area within the special maritime and territorial jurisdiction of the United States,

**GREGORY T. ABBOTT**

did assault the person of M.M.M., with a dangerous weapon, to wit: an approximately six (6) inch sharpened piece of plastic (a shank), with the intent to do bodily harm, all in violation of 18 U.S.C. § 113(a)(3).

## COUNT 5
## 18 U.S.C. § 113(a)(3)

On or about May 5, 2014, in McCreary County, in the Eastern District of Kentucky, within the boundaries of United States Penitentiary McCreary, an area within the special maritime and territorial jurisdiction of the United States,

**STEPHEN D. BARNES**

did assault the person of M.M.M., with a dangerous weapon, to wit: a combination lock positioned on a shoe string, with the intent to do bodily harm, all in violation of 18 U.S.C. § 113(a)(3).

## COUNT 6
## 18 U.S.C. § 1791(a)(2)

On or about May 5, 2014, in McCreary County, in the Eastern District of Kentucky,

**ANTOINE THOMPSON,**

an inmate at United States Penitentiary McCreary, a Federal Penal Facility, did possess a prohibited object, to wit: an approximately eight (8) inch sharpened piece of metal with a wrapped handle (a shank), all in violation of 18 U.S.C. § 1791(a)(2).

## COUNT 7
## 18 U.S.C. § 1791(a)(2)

On or about May 5, 2014, in McCreary County, in the Eastern District of Kentucky,

**STEPHEN D. BARNES,**

an inmate at United States Penitentiary McCreary, a Federal Penal Facility, did possess a prohibited object, to wit: a combination lock positioned on a shoe string, all in violation of 18 U.S.C. § 1791(a)(2).

### COUNT 8
### 18 U.S.C. § 1791(a)(2)

On or about May 5, 2014, in McCreary County, in the Eastern District of Kentucky,

**GREGORY T. ABBOTT,**

an inmate at United States Penitentiary McCreary, a Federal Penal Facility, did possess a prohibited object, to wit: an approximately six (6) inch sharpened piece of plastic (a shank), all in violation of 18 U.S.C. § 1791(a)(2).

### NOTICE OF SPECIAL FINDINGS

**THE GRAND JURY FURTHER CHARGES:**

As to Counts 1 and 2, herein re-alleged and incorporated by reference, the defendant, **ANTOINE THOMPSON**:

a) was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

b) intentionally killed Courtney D. Jones (18 U.S.C. § 3591(a)(2)(A));

c) intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C.A. § 3591(a)(2)(B));

d) intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

e) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. §3591(a)(2)(D));

f) has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm (18 U.S.C. § 921) against another person (18 U.S.C. §3592(c)(2));

g) committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim (18 U.S.C. § 3592(c)(6));

A TRUE BILL,

_____ for
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

Case 1:19-mj-00126-GMH   Document 1-1   Filed 05/13/19   Page 6 of 6

## PENALTIES

**COUNTS 1 & 2:**   Death or life imprisonment, and a $250,000 fine.

**COUNT 3:**   Any term of years or life imprisonment, not more than a $250,000 fine, and not more than five years of supervised release.

**COUNTS 4 & 5:**   Not more than 10 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNTS 6, 7, & 8:** Not more than 5 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.